IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | Case No. 11-5448-SC |
| Plaintiff, ) | DEFAULT JUDGMENT |
| v. ) | |
| GUILLERMINA VAZQUEZ and SALVADOR VAZQUEZ, individually and d/b/a BELMAR-LA GALLINITA MEAT MARKET, ) | |
| Defendants. ) | |

  Pursuant to the concurrently filed Order Granting in Part Plaintiff's Motion for Default Judgment, ECF No. 29 ("July 24 Order"), the Court enters judgment on Plaintiff's claims for violations of 47 U.S.C. § 605 and for conversion. Plaintiff has withdrawn the other claims alleged in its Complaint. See ECF Nos. 1 ("Compl."), 19-2 ¶¶ 6-7 (declaration of Plaintiff's counsel withdrawing all but the § 605 and conversion claims).

  For the reasons set forth in the July 24 Order, the Court enters judgment on the § 605 claim in favor of Plaintiff and awards money damages in the amount of $250.00. Additionally, the Court enters judgment on the conversion claim in favor of Plaintiff and awards money damages in the amount of $2,200.00. Judgment is hereby entered against Defendants Guillermina Vazquez and Salvador

1  Vazquez, individually and doing business as Belmar-La Gallinita
2  Meat Market, in the amount of $2,450.00.
3
4      IT IS SO ORDERED, ADJUDGED, AND DECREED.
5
6      Dated: July 24, 2012              _____
7                                            UNITED STATES DISTRICT JUDGE